AARON SHIPLEY (NV Bar #8258)
LEIGH GODDARD (NV Bar #6315)
McDONALD CARANO LLP
2300 West Sahara Ave., Ste. 1200
Las Vegas, Nevada 89102
Telephone: 702.873.4100
Email: ashipley@mcdonaldcarano.com
       lgoddard@mcdonaldcarano.com

ADAM E. PRIMM (Ohio Bar #0086375)
*(Pro Hac Vice Forthcoming)*
BENESCH FRIEDLANDER COPLAN
AND ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: 216.363.4500
Email: aprimm@beneschlaw.com

*Attorneys for Defendant The Service Companies, Inc.*

JENNY L. FOLEY (NV Bar #9017)
HKM EMPLOYMENT ATTORNEYS LLP
101 Convention Center Drive, Suite 600
Las Vegas, NV 89109
Telephone: 702.805.8340
Email: jfoley@hkm.com

*Attorney for Plaintiff Sandra Seidler*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA SEIDLER, an individual<br><br>Plaintiff,<br><br>v.<br><br>THE SERVICE COMPANIES, INC., a Foreign Corporation; DOES I-X; ROE CORPORATIONS I-X.<br><br>Defendants. | Case No. 2:22-cv-00763-CDS-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br>(Second Request) |

Plaintiff, Sandra Seidler, and Defendant, The Service Companies, Inc., by and through their counsel, stipulate and agree to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). The parties previously submitted

a Stipulation for Extension of Time (ECF No. 5) on July 13, 2022, which was denied in the Court's Minute Order, entered on July 14, 2022 (ECF No. 6).

      The response to the Complaint was originally due on July 13, 2022, which was the date the first stipulation for extension was filed. Given the submission of the stipulation and agreement of counsel, the failure to answer or otherwise respond before the date the response due date was the result of excusable neglect. Additional time is needed to prepare the response to the Complaint since counsel is still working to resolve the terms of engagement for defense counsel. Accordingly, the parties stipulate and agree to extend the time to answer or otherwise respond to the Complaint up to and including **July 26, 2022**.

Dated: July 14, 2022

By: */s/ Aaron Shipley*
AARON SHIPLEY (NV Bar #8258)
LEIGH GODDARD (NV Bar #6315)
McDONALD CARANO
2300 West Sahara Ave., Ste. 1200
Las Vegas, Nevada 89102
Telephone: 702.873.4100
Email: ashipley@mcdonaldcarano.com
       lgoddard@mcdonaldcarano.com

ADAM E. PRIMM (Ohio Bar #0086375)
*(Pro Hac Vice Forthcoming)*
BENESCH FRIEDLANDER COPLAN
AND ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: 216.363.4500
Email: aprimm@beneschlaw.com

*Attorneys for Defendant The Service Companies, Inc.*

//

//

Dated: July 14, 2022

By: */s/ Jenny L. Foley*
JENNY L. FOLEY (NV Bar #9017)
HKM EMPLOYMENT ATTORNEYS LLP
101 Convention Center Drive, Suite 600
Las Vegas, NV 89109
Telephone: 702.805.8340
Email: jfoley@hkm.com

*Attorney for Plaintiff Sandra Seidler*

//

**ORDER**

IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to and including July 26, 2022

IT IS SO ORDERED.

Date: __July 15, 2022__.   _____
UNITED STATES MAGISTRATE JUDGE